## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CURTIS E. PLUCKER,** | ) |
|           **Plaintiff,** | ) |
| **vs.** | ) Civil No.  16-cv-321-CJP |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | ) |
|           **Defendant.** | ) |

### JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud (Doc. 28), the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of **42 U.S.C. §405(g).**

Judgment is entered in favor of plaintiff Curtis E. Plucker and against defendant Carolyn W. Colvin, Acting Commissioner of Social Security.

DATED:  November 4, 2016

                                                JUSTINE FLANAGAN
                                                Acting Clerk of Court

                                                BY:s/Caitlin Fischer
                                                           Deputy Clerk

**Approved:**
**s/ Clifford J. Proud**
**Clifford J. Proud**
**U.S. Magistrate Judge**